1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   JOHN FITZGERALD KENNEDY,           No. 2:25-CV-01693-DMC-P
12              Petitioner,
                                        ORDER
13        v.
14   C. PFIFFER,
15              Respondent.
16
17         Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of
18   habeas corpus under 28 U.S.C. § 2254. The petition challenges a conviction and/or sentence
19   issued by the Los Angeles County Superior Court. Pursuant to 28 U.S.C § 2241(d), courts in
20   both the district of conviction and the district of confinement have concurrent jurisdiction over
21   applications for habeas corpus filed by state prisoners. See Braden v. 30th Judicial Circuit Court,
22   410 U.S. 484 (1973). Because any and all witnesses and evidence necessary for the resolution of
23   Petitioner's application are more readily available in Los Angeles County, which is within the
24   boundaries of the United States District Court for the Central District of California, this matter
25   should be transferred to that court. See id. at 499 n.15.
26   / / /
27   / / /
28   / / /

                                                 1

1         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2 United States District Court for the Central District of California.

4 Dated: June 18, 2025

                                               DENNIS M. COTA
                                               UNITED STATES MAGISTRATE JUDGE